UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. OGILVIE, et al., | No. C 12-01654 DMR |
|     Plaintiffs, | **ORDER CONTINUING MOTION HEARING** |
|     v. | |
| SELECT PORTFOLIO SERVICING, et al., | |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of Defendants' motion to dismiss the first amended complaint. *See* Docket No. 16. You are hereby notified that the hearing on the motion to dismiss is continued from June 14, 2012 to **July 12, 2012 at 11:00 a.m.**, at Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

IT IS SO ORDERED.

Dated: June 4, 2012

_____
DONNA M. RYU
United States Magistrate Judge