UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. OGILVIE, | No. C 12-01654 DMR |
| Plaintiff(s), | **ORDER DENYING MOTION AS MOOT** |
| v. | |
| SELECT PORTFOLIO SVCS., | |
| Defendant(s). | |

Pending before the court is Defendants' Motion to Expunge Notice of Pendency of Action, in which Defendants seek an order expunging a lis pendens recorded against the real property that is the subject of this action. [Docket NO. 53.] On October 31, 2012, Plaintiff filed a statement of non-opposition to the motion and represented that he had filed a withdrawal of the lis pendens in the Contra Costa Recorder's office. [Docket No. 54.] Accordingly, Defendants' Motion to Expunge is hereby denied as moot.

IT IS SO ORDERED.

Dated: November 2, 2012



_____
DONNA M. RYU
United States Magistrate Judge